NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNSTON HAYWOOD, DOC #R46512,    )
                                  )
          Appellant,              )
                                  )
v.                                )    Case No. 2D18-218
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____    )

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and BLACK and LUCAS, JJ., Concur.